# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1679
_____

MAREK K. SPERZYNSKI and
KAZIMIERA M. SPERSYNSKA,

      Appellants,

      v.

HOLLEY BY THE SEA
IMPROVEMENT ASSOCIATION,
INC., U.S. BANK TRUST, N.A., as
Trustee for LSF9 Master
Participation Trust,

      Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

December 11, 2023

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd M. LaDouceur, Chris K. Ritchie, Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Appellants.

Sara F. Holladay, Emily Y. Rottmann, E. Paul Cuffe, McGuireWoods LLP, Jacksonville, for Appellees.